Aida L. ZIADEH, Plaintiff—Appellant,

v.

UNITED STATES of America,
Defendant—Appellee.

No. 08–1154.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Aida L. Ziadeh, Appellant Pro Se. Jon-
athan Holland Hambrick, Assistant United

---

States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aida L. Ziadeh appeals the district court's order denying her motion to compel compliance with a consent order and denying her motion for a partial stay of the consent order pending resolution of the motion to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ziadeh v. United States,* No. 3:06–cv–00386–REP (E.D.Va. Jan. 17, 2008); *see Dart Drug Corp. v. Nicholakos,* 221 Va. 989, 277 S.E.2d 155, 158 (1981) (burden on movant to show consent unreasonably withheld). To the extent that Ziadeh challenges earlier court orders, they are not before this court. *See* Fed. R.App. P. 4(a)(1)(A). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*